CRIMINAL APPEALS
CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2015CR1577

THE STATE OF TEXAS — IN THE 187TH DISTRICT COURT

VS — OF

JAVIER CARDENAS — BEXAR COUNTY, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/7/2015 2:15:52 PM
KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial: X no __ yes, date filed: ________

2. Notice of appeal was filed on 07-01-2015

3. The Honorable STEVEN C. HILBIG presided at the trial.

4. The above named defendant was convicted of the offense(s) of POSS CS PG 1 1 GRAM TO 4 GRAM

   as a (Repeater)(XXXXXXX)

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/7/2015 2:15:52 PM
KEITH E. HOTTLE
Clerk

5. State's appeal attorney: NICHOLAS LAHOOD 300 Dolorosa, Suite 4025, Bexar County Justice Center, San Antonio, Texas,78205 (210)335-2413 SBN: 24030360

6. Trial Attorney(s): VICTOR ROBERT GOMEZ

   (Retained)(Appointed) Appeals attorney: MICHAEL L YOUNG
   Address & Phone No: 101 W NUEVA 370 PAUL ELIZONDO TOWER SAN ANTONIO, TX, 78205-3406 (210)335-0711 SBN: 794895

   Defendant Pro-Se __ Yes X No

7. The trial held was:
   - __ Trial before the Court
   - X Jury trial on guilt only
   - __ Jury trial on punishment only
   - __ Jury trial guilt and punishment
   - __ Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   - __ Pretrial motion heard prior to plea
   - __ Open/non negotiated plea of guilty/nolo contendere
   - __ Motion to enter adjudication of guilt
   - __ Motion to revoke community supervision
   - __ Other ________

8. The sentence was (imposed ) on:06-25-2015 for a period of:yrs:010 mths:00
   and a fine of $ 5,000.00

9. Defendant is presently in: X BCADC __ TDCJID. Defendant is on ** RWOB ** appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: BETTINA WILLIAMS @187
    300 DOLOROSA
    SAN ANTONIO, TEXAS 78205

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na & cause number) ________

WITNESS MY HAND THIS THE 7th DAY OF July, 2015

COURT REPORTER(S): **BETTINA WILLIAMS (NOTIFIED)** Date: ~~JULY 7, 2015~~
Date: ________

KEITH E. HOTTLE, CLERK

BY: ________ Date: ________
Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK

BY: Rose Rodriguez

**RODRIGUEZ, ROSE** ,DEPUTY

(jsdca)

**NO: 2015-CR-1577**

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| VS. | § | 187TH JUDICIAL DISTRICT |
| JAVIER CARDENAS | § | BEXAR COUNTY, TEXAS |







## NOTICE OF APPEAL

This Notice of Appeal is filed by JAVIER CARDENAS, Defendant, a party to this proceeding who seeks to alter the trial court's judgment of other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.
2. The judgment or order appealed from was rendered/signed on June 25, 2015.
3. JAVIER CARDENAS, desires to appeal the verdict and sentencing portion of the judgment.
4. This appeal is being taken to the FOURTH Court of Appeals.
5. This notice is being filed by JAVIER CARDENAS.

Respectfully submitted,

VICTOR R. GOMEZ
Attorney At Law
6015 Ridge Pond
San Antonio, Texas 78250
Tel: (210) 383-7714
Fax: (210) 855-7737
Email: vgomez17@satx.rr.com
SBN: 08115610

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Notice of Appeal was served in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: Bexar County District Attorney

Lead Attorney: Stephanie Lewis
Bexar County Assistance District Attorney
101 W. Nueva St., Ste. 606
San Antonio, Texas 78205
Tel: (210) 335-2311
Email: Stephanie.Lewis@bexar.org

Method of Service: By Email

Date of Service: July 1, 2015

VICTOR R. GOMEZ
Attorney for Defendant





No. 2015CR1577

| The State of Texas | § | In the 187 District Court |
|---|---|---|
| vs. | § | of |
| Javier Cardenas | § | Bexar County, Texas |

TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☒ is not a plea-bargain case, and the defendant has the right of appeal; (or)
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)
- ☐ is a plea-bargain case, and the defendant has NO right of appeal; (or)
- ☐ is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)
- ☐ is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)
- ☐ is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)
- ☐ is one in which the defendant has waived the right of appeal.

[signature]
JUDGE

6/25/15
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X [signature]
DEFENDANT Javier Cardenas

Mailing address:
Telephone number:

Fax number if any:

[signature]
ATTORNEY FOR DEFENDANT

Bar number: 08115610
Mailing address: 6015 Ridge Pond
SATX 78250
Telephone: (210) 383-7714
Fax: (210) 855-7737

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contedere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).

07072015 V1314P4488



No. 2015CR1577

STATE OF TEXAS | IN THE DISTRICT COURT
v. | 187th JUDICIAL DISTRICT
_Javier Cardenas________ | BEXAR COUNTY, TEXAS

**ORDER APPOINTING APPELLATE COUNSEL**

The Court, in accordance with Article 26.04(f) or 26.052, Code of Criminal Procedure, hereby appoints **MICHAEL YOUNG**, Chief Public Defender (SBN 00794895), to represent__________Javier Cardenas__________, an indigent defendant, in the above-styled and numbered cause.

Such representation shall continue until the appeal in this cause is exhausted or until relieved by the court or replaced by other counsel.

The Clerk of the Court shall notify the Bexar County Public Defender's Office via fax, at (210) 335-0707, or by hand delivery of the Order to the designated box at the Fourth Court of Appeals of Texas.

SIGNED _______July 2______, 2015.

JUDGE PRESIDING

**REMINDER: Please contact the Bexar County Public Defender's Office at 335-0701 or vmcdonald@bexar.org before making this appointment to verify that the office is presently accepting new appellate cases.**

Updated 4/20/2015